UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    CASE NO. 13 B 46552
                                          CHAPTER 13
Gary H Ford
Marilyn Ellen Ford                        JUDGE DONALD R CASSLING

        DEBTORS                           **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 32 | XXXXXX0189 | $12,692.72 | $12,692.72 | $12,692.72 |
| Total Amount Paid by Trustee | | | | | $12,692.72 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit        **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-46552-DRC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 5th day of February, 2019.

Debtor:
Gary H Ford
Marilyn Ellen Ford
3400 West 124th Place
Alsip, IL 60803

Attorney:
SULAIMAN LAW GROUP LTD
2500 S HIGHLAND AVE #200
LOMBARD, IL 60148-7103
via Clerk's ECF noticing procedures

Creditor:
DEUTSCHE BANK NATIONAL
TRUST COMPANY
% SPECIALIZED LOAN SERVICING LLC
PO BOX 636007
LITTLETON, CO 80163

Mortgage Creditor:
AMERICAS SERVICING
8480 STAGECOACH CIRCLE
FREDERICK, MD 21701

Mortgage Creditor:
AMERICAS SERVICING COMPANY
PO BOX 10328
DES MOINES, IA 50306-0328

Mortgage Creditor:
Deutsche Bank National Trust Company
1761 East Street Andrew Place
Santa Ana, CA 92705

Mortgage Creditor:
DEUTSCHE BANK NATIONAL TRUST
% CODILIS & ASSOC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL 60527

Creditor:
DEUTSCHE BANK NATIONAL TRUST
% SPECIALIZED LOAN SVC
8742 LUCENT BLVD #300
HIGHLANDS RANCH, CO 80129

ELECTRONIC SERVICE - United States Trustee

Date: February 05, 2019

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603